ENTERED ON DOCKET
8/1/00  PURSUANT
TO PRCP RULES 58 & 79

RECEIVED AND FILED
2000 JUL 31 PM 12:30
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, PR

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

ISMAEL LEBRON PACHECO, ET AL.,     *

    PLAINTIFFS,                                      *

VS.                                                          *     CIVIL NO. 98-1371 (RLA)

S.S. FASCINATION and CARNIVAL
CRUISE LINE, INC., ET AL.
                                        *

    DEFENDANTS.
-----------------------------------------------X

## JUDGMENT

Pursuant to ORDER, entered on July 31, 2000, the complaint is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of July, 2000.

                                           **FRANCES RIOS DE MORAN
                                           CLERK OF THE COURT**

BY: _____
       SULMA LOPEZ-DEFILLO - DEPUTY CLERK